UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 02018
  JEREMY BERRYHILL
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

       Debtor
  SSN XXX-XX-8651

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/30/2008 and was not confirmed.

    The case was dismissed without confirmation 05/07/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING COMPA | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAS SERVICING COMPA | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING COMPA | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1007.66 | .00 | .00 |
| US BANK NATIONAL ASSOCIA | NOTICE ONLY | NOT FILED | .00 | .00 |
| US BANK NATIONAL ASSOC | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NATIONAL ASSOC | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2174.27 | .00 | .00 |
| ECMC | UNSECURED | 56823.15 | .00 | .00 |
| BEST SERVICE CO | UNSECURED | 5426.14 | .00 | .00 |
| CORPORATE AMERICA FEDERA | SECURED VEHIC | 33953.00 | .00 | 1321.89 |
| CORPORATE AMERICA FEDERA | SECURED NOT I | 5174.80 | .00 | .00 |
| CORPORATE AMERICA FEDERA | SECURED VEHIC | 11471.32 | .00 | 472.10 |
| DELL FINANCIAL SERVICES | SECURED NOT I | 411.65 | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 3125.86 | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 13924.12 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2388.39 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 897.33 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 100.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 43298.98 | .00 | .00 |
| DUPAGE COUNTY CLERK | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE CC | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEICO CARD/MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/LOWES DC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2098.16 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5037.17 | .00 | .00 |
| MENARDS/HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ISM | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
                  CASE NO. 08 B 02018 JEREMY BERRYHILL

```
WFNNB/HARLEM FURNITURE    UNSECURED     NOT FILED              .00          .00
WFNNB                     UNSECURED     NOT FILED              .00          .00
CAMELIA BELL              NOTICE ONLY   NOT FILED              .00          .00
PAT MARTIN               NOTICE ONLY   NOT FILED              .00          .00
RICHARD GARRETT          NOTICE ONLY   NOT FILED              .00          .00
ROBIN BERRYHILL          NOTICE ONLY   NOT FILED              .00          .00
CORPORATE AMERICA FEDERA  UNSECURED       609.81              .00          .00
HARRIS NA                CURRENT MORTG       .00              .00          .00
HARRIS NA                MORTGAGE ARRE       .00              .00          .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG       .00              .00          .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE   1200.00              .00          .00
THE HOME DEPOT/ CBUSA     SECURED NOT I       .00              .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED      1061.33              .00          .00
ECAST SETTLEMENT CORP     UNSECURED     29711.79              .00          .00
ROUNDUP FUNDING LLC       UNSECURED     10232.47              .00          .00
AMERICAN EXPRESS TRAVEL   UNSECURED      3099.98              .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY   2,378.50                           .00
TOM VAUGHN                TRUSTEE                                       156.01
DEBTOR REFUND             REFUND                                           .00
```

Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                       1,950.00

PRIORITY                                                 .00
SECURED                                             1,793.99
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                  156.01
DEBTOR REFUND                                            .00
                          ---------------     ---------------
TOTALS                        1,950.00            1,950.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 08/26/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE